In the Matter of BOLLING L. ROBERTSON. MARION S. PORZELT, Respondent; BOLLING L. ROBERTSON, Appellant.— Order of the Children's Court of Westchester county declaring appellant liable for the proper maintenance of his minor children unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

CHARLES JOHNSON and Another, Respondents, v. WILLIAM MEYER, Appellant. — Order granting plaintiffs' motion for judgment on the pleadings and judgment entered thereon affirmed, with ten dollars costs and disbursements. Sections 1077-a, 1077-b and 1083-b of the Civil Practice Act do not prevent the plaintiffs from bringing suit for interest accrued on the mortgage and for taxes they have paid on the property at the request of the mortgagor. Lazansky, P. J., Kapper, Scudder and Davis, JJ., concur; Hagarty, J., concurs for affirmance of order granting judgment for plaintiffs on the pleadings as to the item of taxes, but dissents from that part of the order granting judgment as to the item of interest, and votes to reverse the order and judgment in that respect.

FRANK C. KAY, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Action to recover on a policy of accident insurance. Judgment dismissing the complaint on the merits at the close of plaintiff's case on the ground that it affirmatively appeared that the injury was due, at least in part, to a physical infirmity and not solely to accident. Judgment reversed on the law and a new trial granted, costs to appellant to abide the event. In our opinion, it was for the jury to determine whether the plaintiff's bodily injuries were " effected directly and independently of all other causes " by the accident and the injury he received thereby on October 29, 1932. (*Silverstein* v. *Metropolitan Life Ins. Co.*, 254 N. Y. 81; *Schwartz* v. *Commercial Travelers Mutual Association*, 132 Misc. 200; affd., 227 App. Div. 711; affd., 254 N. Y. 523.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.